AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Timothy Brown | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 17-cv-05782 LB |
| 140 NM LLC, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* see attached Addendum.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Lavine, Esq.,
Law Offices of Andrew Wolff, PC
1956 Webster Street, Suite 275
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: October 11, 2017

*Felicia Reloba*
Felicia Reloba
*Signature of Clerk or Deputy Clerk*

Addendum to Proposed Summons

Defendants:
140 NM LLC, (Charles Jenkins Law PC - 355 11th St. Suite 200, San Francisco CA 94103);
BAR AGRICOLE, LLC, (Charles Jenkins ~~Law~~ PC - 355 11th St. Suite 200, San Francisco CA 94103);
THADDEUS M. VOGLER, (Charles Jenkins Law PC - 355 11th St. Suite 200, San Francisco CA 94103);
HOPEMOORELAIN, LLC, (Russell Moore - 3917 Grand Avenue, Oakland, CA 94610);
RUSSELL MOORE, (3917 Grand Avenue, Oakland, CA 94610);
ALLISON HOPELAIN, (Russell Moore - 3917 Grand Avenue, Oakland, CA 94610);
DUENDE, LLC, (Christine A. Robison - 1501 The Alameda, San Jose CA 95126);
PAUL CANALAS, (Christine A. Robison - 1501 The Alameda, San Jose CA 95126);
ES VERDAD, LLC, (John Paluska - 64 Shell Road, Mill Valley CA 94941);
JOHN PALUSKA; (64 Shell Road, Mill Valley CA 94941)
ANDREW HOFFMAN, (John Paluska - 64 Shell Road, Mill Valley CA 94941);
GOLDEN GATE RESTAURANT ASSOCIATION, (220 Montgomery St., San Francisco, CA 94104);
UNION SQUARE HOSPITALITY GROUP, LLC, (Union Square Hospitality Group, Attn: General Counsel - 24 Union Square East, New York, NY 10003);
DANIEL MEYER, (Union Square Hospitality Group, Attn: General Counsel - 24 Union Square East, New York, NY 10003);
SABATO SAGARIA, (Union Square Hospitality Group, Attn: General Counsel - 24 Union Square East, New York, NY 10003);
CRAFTED HOSPITALITY, LLC, (Corporation Service Company - 251 Little Falls Drive, Wilmington, DE 19808);
THOMAS COLICCHIO, (Corporation Service Company - 251 Little Falls Drive, Wilmington, DE 19808);
MOMOFUKU 171 FIRST AVENUE, LLC, (Momofuku 171 First Avenue, LLC - 171 First Avenue, New York, NY 10003);
DAVID CHANG, (Momofuku 171 First Avenue, LLC - 171 First Avenue, New York, NY 10003);
MARLOW, INC., (Marlow, Inc. - 85 Broadway, Brooklyn, NY 11249);
ANDREW TARLOW, (Marlow, Inc. - 85 Broadway, Brooklyn, NY 11249);
HAPPY COOKING HOSPITALITY, INC., (The Limited Liability Company - 96 Grove Street, #3, New York, NY 10014);
GABRIEL STULMAN, (The Limited Liability Company - 96 Grove Street, #3, New York, NY 10014);
MOLINERO, LLC, (107 1ST Avenue, New York, NY 10003);
JONAH MILLER, (107 1ST Avenue, New York, NY 10003);
NATE ADLER, (107 1ST Avenue, New York, NY 10003);
BIRTH OF THE COOL, LLC, (c/o Tarter Krinsky & Drogin LLP, Atten: Landey Strongin - 1350 Broadway, New York, NY 10018);
DANIEL HUMM, (c/o Tarter Krinsky & Drogin LLP, Atten: Landey Strongin - 1350

Broadway, New York, NY 10018);
WILL GUIDARA, (c/o Tarter Krinsky & Drogin LLP, Atten: Landey Strongin - 1350 Broadway, New York, NY 10018);
NEW YORK CITY HOSPITALITY ALLIANCE, INC. (New York City Hospitality Alliance, Inc. - 65 West 55th Street, 203A, New York, NY 10019);
ANDREW RIGIE, (New York City Hospitality Alliance, Inc. - 65 West 55th Street, 203A, New York, NY 10019)