UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>140 NM LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-05782-JSW<br><br>**JUDGMENT** |

      Pursuant to the Order issued this date granting Defendants' motion to dismiss, the Court HEREBY ENTERS judgment in favor of Defendants and against Plaintiff.

      **IT IS SO ORDERED.**

Dated: May 20, 2019

                                                   JEFFREY S. WHITE  
                                                   United States District Judge